## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Valerie Eisley Clare Buckland                    CHAPTER 7
                        Debtor(s)

                                                        BKY. NO. 26-21294 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ *Matthew Fissel*
                        Matthew Fissel
                        12 May 2026, 11:13:55, EDT

Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com