**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Valerie Eisley Clare Buckland

Debtor(s)

CHAPTER 7

BKY. NO. 26-21294 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
12 May 2026, 11:13:55, EDT

Matthew Fissel, Esq. (314567)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 4c4a2f0fb8ca2c503839c678a3b154bd9a52afbebb758715c2446fe35fd4a2a7