Certificate Number: 20102-PAW-DE-041060134

Bankruptcy Case Number: 26-21294



20102-PAW-DE-041060134

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2026, at 11:04 o'clock AM EDT, Valerie Buckland completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 5, 2026                          By:      /s/Marcy Walter

Name:  Marcy Walter

Title:   President-Manager